[No. 10002–2–III. Division Three. May 10, 1990.]

ELEANOR G. RAY, ET AL, *Appellants,* v. GLEN A. YAKE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 87–2–00085–7, Fred L. Stewart, J.,
entered April 19, 1989. *Affirmed* by unpublished opinion
per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 22313–5–I. Division One. May 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WASSENEH
TADDESSE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–03631–2, Terrence A. Carroll, J., entered
May 11, 1988. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Scholfield and Webster, JJ.

[No. 24005–6–I. Division One. May 14, 1990.]

TAYLOR–ELAND COMPANY, *Respondent,* v. URBAN COMMER-
CIAL REALTY COMPANY, *Respondent,* PINE STREET
ASSOCIATES, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for King
County, No. 89–2–04282–7, Norman W. Quinn and James
D. McCutcheon, Jr., JJ., entered March 27 and May 1,
1989. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Coleman, C.J., and Forrest, J.